441 A.2d 448

Commonwealth v. Gregory, Appellant.

Petition for Allowance of Appeal Denied April 7, 1982.

516

Submitted February 24, 1981. Gerald C. Grimaud, for appellant; James E. Davis, District Attorney, for Commonwealth, appellee.

Before SPAETH, JOHNSON and WIEAND, JJ.

The judgment of sentence of the lower court is hereby affirmed.